*UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT*

September 30, 2009

**E R R A T A**

**Appeal Nos. 08-1594, 09-1070, -1088**

**IN RE '318 PATENT INFRINGEMENT LITIGATION**

Decided:  September 25, 2009                                        Precedential Opinion

Please make the following change:

At Page 7, line 23 of the dissenting opinion, there is an errant apostrophe.

> Change          "**As both parties' correctly note,**"
>
>          To          "**As both parties correctly note,**"